**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**QUINN MARCUS MCNEAL, #102215**                              **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 5:09-cv-94-DCB-MTP**

**JACQUELYN BANKS and RICKY JACKSON**                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed with prejudice, as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, this dismissal will count as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 10th day of November, 2009.

                                                     s/David Bramlette
                                                     UNITED STATES DISTRICT JUDGE